

FMC Carswell
P.O. Box 270566
Fort Worth, TX 76127

Mailed: 4/11/25

The enclosed/letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. (4)