IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| Teresa Goodroad, (pro se)<br>Movant<br><br>v.<br><br>The United States of America,<br>Respondent(s) | 25-5034<br><br>case number: 5:23-CR-50153 |

MOTION

PRO SE MOTION FOR TRANSCRIPTS
28 USC § 2250

---

The Movant named above, Teresa Goodroad, federal register number: 80373-510, who is currently confined at the Federal Center in Fort Worth, Texas, (FC Carswell), requests her change of plea and sentencing transcripts from the court at no cost. The Movant has attached a copy of her petition to vacate, set-aside, or correct the sentence and/or judgment of conviction in her case, pursuant to, 28 USC § 2255, to be filed by the clerk, to this petition for transcripts pursuant to, 28 USC § 2250. The Movant is an indigent litigant who is entitled to documents at no cost. Section, 28 USC § 2250, states,

> If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

The Movant had requested a copy of her transcripts under the Criminal Justice Act (CJA) (18 USC § 3006A). Because, Goodroad did not appeal her case the district court had denied her request for transcripts. The district court did, however, imply that Goodroad is permitted to renew her request for transcripts when her motion to vacate §2255 is actually filed. With this being said, she pray for a copy of the following transcripts;

Page 1 of 2

1

Teresa Goodroad, #80373-510
§2250

Page 2 of 2

- Change of Plea, and
- Sentencing Transcripts

Certificate of Service & Unsworn Declaration
28 USC § 1746

I, Teresa Goodroad, do hereby declare under any applicable penalties that the foregoing is true and correct to the extent of my knowledge, understanding, and recollection. A copy of this petition has been placed in the Carswell internal mailing system for delivery to the court of caption, on the date specified below.

Submitted on: ___/___/2025.

//S//: _____
Teresa Goodroad, #80373-510
FC Carswell
P.O. Box: 27137
Fort Worth, Texas; 76127

-oOo-