UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| TERESA GOODROAD,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | 5:25-CV-05034-KES<br><br>ORDER DIRECTING PREPARATION OF TRANSCRIPTS |

　　　　Petitioner, Teresa Goodroad, filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 on April 16, 2025. (Doc. 1). Along with her § 2255 motion, petitioner filed a motion requesting that transcripts of the change of plea and sentencing hearings in the underlying criminal case, <u>United States v. Teresa Goodroad, et. al</u>, 5:23-cr-50153 (D.S.D. 2023), be prepared to assist her in preparing her § 2255 motion brief. (Doc. 2). In her motion, Ms. Goodroad states that she is indigent. Good cause appearing, it is

　　　　ORDERED that the motion for transcripts (Doc. 2) is granted. It is further

　　　　ORDERED that the clerk shall cause transcripts to be prepared for the change of plea hearing held on March 15, 2024, and the sentencing hearing held on May 15, 2024, in <u>United States v. Teresa Goodroad</u>, 5:23-cr-50153. It is further

ORDERED that the clerk shall provide a copy of each transcript to Ms. Goodroad at her address of record. It is further

ORDERED that the costs for preparation of the transcripts and copies provided to Ms. Goodroad shall be paid by the United States. It is further

ORDERED that Ms. Goodroad's brief in support of her § 2255 motion shall be filed with the Clerk of Court on or before thirty (30) days following the filing of the transcripts in this case, 5:25-cv-5034.

DATED this 23rd day of April, 2025.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge